**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

DWENDE REID, #31447-039,

      Petitioner,

v.                                                            ACTION NO.
                                                                                    2:05cv666

VANESSA P. ADAMS, Warden,

      Respondent.


<u>FINAL ORDER</u>

      This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition alleges the Federal Bureau of Prisons unlawfully revoked petitioner's good conduct time. Petitioner is serving a fifty-seven month sentence for his conviction in the Eastern District of Michigan for violating 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Possess with Intent to Distribute Marijuana and Distribution of Marijuana.

      The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Report of the Magistrate Judge was filed on July 12, 2006, recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the

Magistrate Judge. The Court has received no objections to the United States Magistrate Judge's Report and Recommendation and the time for filing same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed July 12, 2006. It is ORDERED that the petition be DENIED and DISMISSED, because Reid has failed to show that his due process rights were violated by the revocation of his good conduct time. It is further ORDERED that judgment be entered in favor of the respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such judgment. The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for the respondent.

/s/
Rebecca Beach Smith

Norfolk, Virginia
August 25, 2006